UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| | |
|---|---|
| PGS Distributing LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>Defendant. | S U M M O N S<br><br>Court No.  21-00564 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 5301 (Houston, TX) | Center (if known): | CEE009 - Industrial and Manufacturing Materials |
| Protest Number: | 5301-20-104553 | Date Protest Filed: | June 24, 2020 |
| Importer: | PGS Distributing LLC | Date Protest Denied: | April 19, 2021 |
| Category of Merchandise: | Multilayer wood flooring | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BED-0029477-0 | 09/06/2017 | 03/20/2020 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

George R. Tuttle
Law Offices of George R. Tuttle
A Professional Corporation
3950 Civic Center Drive, Suite 310
San Rafael, CA 94903
(415) 986-8780 / george.tuttle.sr@tuttlelaw.com

**CONTESTED ADMINISTRATIVE DECISION**

| **Appraised Value of Merchandise** | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| **Classification, Rate or Amount** | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

| **Other** |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |

| The issue which was common to all such denied protests: |
|---|
| Whether the report of transshipment is related to plywood and not to multilayer wood flooring. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/George R. Tuttle
*Signature of Plaintiff's Attorney*

10/15/2021
*Date*